Case 2:24-cv-00177   Document 21   Filed on 11/20/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ELI TREVINO, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 2:24-CV-00177 |
| | § | |
| MARTIN J O'MALLEY, *et al.*, | § § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On October 24, 2025, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation" (D.E. 20), recommending that Plaintiff's motion for attorney's fees (D.E. 18) be granted. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 20), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Trevino's motion for attorney's fees (D.E. 18) is **GRANTED** and the Court **ORDERS** that Trevino's attorney of record is awarded the sum of $8,389.71 in attorney's fees pursuant to the EAJA. In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 591-98 (2010), the attorney fee award is **ORDERED** to be made payable to Plaintiff, Eli Trevino, and mailed in care of his attorney, Lindsey M. Sbrolla**.**

    **ORDERED** on November 20, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE